IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00268-WYD-BNB

JOSE LUIS HERNANDEZ,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, a Texas limited partnership, a subsidiary of BANK OF AMERICA, N.A.,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion for a Stipulated Order to Continue Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 15), filed February 18, 2011.  After carefully considering the file in the above-captioned case, I find that the motion should be granted as follows:

It is ORDERED that the Unopposed Motion for a Stipulated Order to Continue Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 15) is **GRANTED.**  In accordance therewith:

    1.    Defendant need not respond to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Motion) until such time as the Plaintiff renews the Motion;

    2.    Defendant shall postpone the foreclosure sale on Plaintiff's property pending the completion of its review of Plaintiff's loan modification

application;

3. Defendant shall notify Plaintiff's counsel after making a decision on Plaintiff's eligibility for a home loan modification, and if such modification is denied, Plaintiff shall have the immediate right to renew the Motion within five (5) business days of notification of such denial;

4. Defendant shall not set a foreclosure sale until a decision on modification is made; and

5. If Plaintiff renews the Motion, Defendant's Response to the renewed Motion will be due within 14 days of the date of the filing of the renewed Motion, and Defendant will work with Plaintiff's counsel in good faith to attempt to obtain a new hearing date on the Motion prior to the date of the scheduled foreclosure.

It is FURTHER ORDERED that the parties shall submit a joint status report to the Court not later than **Tuesday, March 22, 2011.**

Dated:  February 23, 2011

              BY THE COURT:

              s/ Wiley Y. Daniel
              Wiley Y. Daniel
              Chief United States District Judge