IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00268-WYD

JOSE LUIS HERNANDEZ,

Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, a Texas
Limited Partnership, a subsidiary of
BANK OF AMERICA, N.A.,

Defendant.

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

THIS MATTER is before the Court on the Amended Unopposed Motion for Stay (ECF No. 26), filed May 26, 2011. By way of background, this is an action based on an alleged breach of contract by Defendant for failing to offer Plaintiff a permanent mortgage modification and by continuing foreclosure proceedings during the Home Affordable Modification Program ("HAMP") evaluation period. Plaintiff seeks declaratory and injunctive relief plus monetary damages.

On February 23, 2011, I granted the parties' Unopposed Motion for a Stipulated Order to Continue Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 16). In that order, I granted the parties an extension of time of the pretrial deadlines in order to work toward a disposition of this matter.

On May 26, 2011, Plaintiff filed the instant Amended Unopposed Motion for Stay. In the pending motion, the parties jointly indicate that they "are actively working through

the loan modification process in order to attempt to settle the action without the intervention of the Court. A stay is warranted here because of the length of time it may take to complete the review process." (Mot. at 1.) The parties further request that I "suspend the present action in order to save further litigation costs." (Mot. at 1.)

After carefully reviewing the file in this matter, I find that relief is warranted for good cause shown by the parties. However, to the extent that the parties request a stay, that request is denied. In lieu of a stay, the case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Amended Unopposed Motion for Stay (ECF No. 26), filed May 26, 2011, is **DENIED IN PART AND GRANTED IN PART.** The motion is denied to the extent it requests a stay of the proceedings. The motion is granted in that this case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. It is

FURTHER ORDERED that since the length of the loan modification process described in the motion is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. In furtherance of the administrative closure, the parties are ordered to submit joint status reports to the Court every **four months starting Friday, September 30, 2011**. Based upon those status reports, the Court will determine the appropriate course of action. It is

FURTHER ORDERED that in light of the administrative closure of this matter, the

Plaintiff's Verified Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 11) and Defendant's Motion to Dismiss (ECF No. 24) are **DENIED WITHOUT PREJUDICE.**

Dated: May 31, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge