IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-00268-WYD-BNB

JOSE LUIS HERNANDEZ,

   Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, a Texas limited partnership, a subsidiary of BANK OF AMERICA, N.A.,

   Defendant.

## ORDER

This matter comes before the Court upon the parties' Stipulation For Dismissal With Prejudice (ECF No. 33).   After carefully reviewing the file in this matter, I find that the stipulation should be approved and the case should be dismissed with prejudice. Accordingly, it is

ORDERED the that Stipulation For Dismissal With Prejudice (ECF No. 33) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorneys' fees incurred herein.

Dated:   April 18, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE